**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**REBECCA LYNNE ODOM**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:19-cv-00364 KGB**

**ENOC SUERO,** *et al.*                                                                                   **DEFENDANT**

## ORDER

Before the Court is the parties' agreed stipulation of dismissal with prejudice (Dkt. No. 34). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 2nd day of July, 2020.

                                                        Kristine G. Baker
                                                        United States District Judge